Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Criminal Case No.: 24-CR-493 (EGS)
)
)
Robert Giacchetti )
)
)

**FILED**
NOV 20 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## WAIVER OF INDICTMENT

I, _____Robert Giacchetti_____, the above-named defendant, who is accused of Assaulting, Resisting, or Impeding Certain Officers, in violation of Title 18, United States Code, Section 111(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___November 20, 2024___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____  Date: ___November 20, 2024___
Emmet G. Sullivan
United States District Judge